IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

SHADDY WHITTAKER,

      Appellant,

v.

FLORIDA DEPARTMENT OF
REVENUE on behalf of Nicole
Watson,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-307

Opinion filed October 1, 2014.

An appeal from an order of the Department of Revenue.

Shaddy Whittaker, pro se, for Appellant.

Pamela Jo Bondi, Attorney General, and Toni C. Bernstein, Senior Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

      AFFIRMED.

LEWIS, C.J., BENTON and RAY, JJ., CONCUR.